UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL A. PICART,

   Plaintiff,

v.       CASE NO:  8:10-cv-1369-T-33TGW

LABORATORY CORPORATION OF
AMERICA HOLDINGS,

   Defendant.
_____/

<u>**ORDER**</u>

  This cause comes before the Court pursuant to Defendant Laboratory Corporation of America Holdings' Motion to Set Aside Clerk's Default (Doc. # 10).  Plaintiff Michael A. Picart filed Response in Opposition thereto (Doc. # 14).

  Rule 55(c) of the Federal Rules of Civil Procedure provides that "[f]or good cause shown the court may set aside an entry of default."  Fed. R. Civ. P. 55(c).  Some of the factors that a court may consider in determining whether there is good cause shown for setting aside an entry of default include: (1) there was excusable neglect on the part of the defaulting party for not answering the complaint; (2) the defaulting party responded promptly after notice of the entry of default; (3) setting aside the default will not prejudice the non-defaulting party; and (4) the defaulting party had a meritorious defense.  <u>Boron v. West Tex. Exports, Inc.</u>, 680 F.

Supp. 1532, 1536 (S.D. Fla. 1988), aff'd, 869 F.2d 1500 (11th Cir. 1989); see also Compania Interamericana Export-Import, S.A. v. Compania Dominicana, 88 F.3d 948, 951 (11th Cir. 1996).

The Court finds that a majority of these factors have been met in the case at bar, and good cause for setting aside the entry of default has been established by Laboratory Corporation.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED:**

(1)  Defendant's Motion to Set Aside Clerk's Default (Doc. # 10) is **GRANTED.**

(2)  The Clerk is directed to set aside the clerk's entry of default (Doc. # 9).

(3)  Defendant shall file its response to Plaintiff's complaint by **October 18, 2010.**

(4)  Plaintiff's Motion for Entry of Default Judgment (Doc. # 11) is **DENIED AS MOOT.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 13th day of October, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2